DAVID E. BUCKLEY, PROSECUTOR, v. BENJAMIN P. LAIDLAW, DIRECTOR OF PUBLIC AFFAIRS OF THE TOWN OF WEST ORANGE, NEW JERSEY, DEFENDANT.

Argued January 22, 1936—Decided February 14, 1936.

Before Justices CASE and BODINE.

For the prosecutor, *John J. Crawley* and *William J. Bernard.*

For the defendant, *Alfred J. Grosso.*

PER CURIAM.

The writ brings up for review the action of the director of public affairs of West Orange in removing the prosecutor, a former health officer, after a hearing on charges. He had held the office for sixteen years. West Orange is governed under the Walsh act. Formal charges were served before the hearing and were, we think, sufficiently definite to inform the prosecutor of the accusations upon which he would be tried.

It is argued that there was a lack of jurisdiction. *O'Brien* v. *Parnell,* 12 *N. J. Mis. R.* 99; 169 *Atl. Rep.* 539, is to the contrary. Since we think the charges were sufficient there was no need to further particularize.

In the case of *Woodman* v. *Bianchi,* 13 *N. J. Mis. R.* 452; 177 *Atl. Rep.* 874, it was said: "Lastly, it is contended that the respondent having made the charges, could not be both accuser and judge. This is likewise lacking in merit. See *Zober* v. *Turner,* 106 *N. J. L.* 86; 148 *Atl. Rep.* 894; *Crane* v. *Jersey City,* 90 *N. J. L.* 109; 103 *Atl Rep.* 678; *affirmed,* 92 *N. J. L.* 248; 103 *Atl. Rep.* 1051."

The writ will be dismissed with costs.